STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

10-165 consolidated with 10-164

LEE RANDALL LEMONS

VERSUS

PATRICIA LEBLANC

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2009-5995
HONORABLE RONALD F. WARE, DISTRICT JUDGE

**********

MARC T. AMY
JUDGE

**********

Court composed of Jimmie C. Peters, Marc T. Amy, and J. David Painter, Judges.

AFFIRMED.

Patricia LeBlanc
2465 Highway 397, Lot 8
Lake Charles, LA   70615
(337) 564-0299
COUNSEL FOR PLAINTIFF/APPELLANT:
    In Proper Person

Lee Randall Lemons
718 North Shattuck Street
Lake Charles, LA   70601
(337) 707-1004
COUNSEL FOR DEFENDANT/APPELLEE:
    In Proper Person

Shawnee Guillory
2506 Poe Street
Lake Charles, LA   70601
COUNSEL FOR DEFENDANT/APPELLEE:
    In Proper Person

AMY, Judge.

For disposition of this consolidated matter, see *Patricia LeBlanc v. Shawnee Guillory*, 10-164 (La. App. 3 Cir. _/_/ 10), ___ So. 3d ___. Costs of this appeal are assessed to the appellant, Patricia LeBlanc.

**AFFIRMED.**